UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 18 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: GGW BRANDS, LLC,<br><br>Debtor,<br><br>―――――――――――――――――<br><br>PATH MEDIA HOLDINGS, LLC,<br><br>Appellant,<br><br>v.<br><br>R. TODD NEILSON, solely in his capacity as chapter 11 trustee of GGW Brands, LLC; et al.,<br><br>Appellees. | No. 14-55381<br><br>D.C. No. 2:13-cv-07666-ABC<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

This case is NOT SELECTED for inclusion in the Mediation Program.

Counsel may contact Peter Sherwood, Circuit Mediator, at 415-355-7909, or peter_sherwood@ca9.uscourts.gov to discuss services available through the court's mediation program, to request a settlement assessment conference, or to request a stay of the appeal for settlement purposes. Also, upon agreement of the parties, the briefing schedule can be modified or vacated to facilitate settlement discussions.

Counsel are requested to send copies of this order to their clients. Information regarding the mediation program may be found at **www.ca9.uscourts.gov/mediation.**

FOR THE COURT:

ms/mediation

Mary Schlepp
Deputy Clerk